## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. |
| v. | ) ) | Judge |
| THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, | ) ) ) | Magistrate Judge |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, as follows:

## COUNT I

## JURISDICTION AND VENUE

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

## PARTIES

2.      (a)      Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)      The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)      The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.      (a)      THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)      THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, has its principal place of business at Crete, Illinois.

(c)      THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4.     Effective May 12, 2011, THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation entered into an Area Construction Agreement with Teamsters 179 for the period from May 12, 2011 through May 31, 2012 which automatically renewed for periods through May 31, 2015 and which requires contributions to the Funds pursuant to 29 U.S.C. 1145.

5.     Pursuant to the collective bargaining agreement between THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, and the Union, THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period May, 2011 through December, 2013, as disclosed in an audit which took place on February 16, 2013.

6.     The audit disclosed $100,747.99 due the Pension Fund and $118,108.86 due the Welfare Fund for a total of $218,856.85.

WHEREFORE, Plaintiffs pray:

A.     This court enter judgment in favor of the Plaintiffs and against THREE GENERATIONS ENTERPRISES, INC., an Illinois corporation, in the amount of the audit, $218,856.85.

B.     That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C.     That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
        One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
(312) 236-0415

4

# <u>EXHIBIT A</u>

SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL 179

BY: _Carl Schmidt_

TITLE: _President_

DATE: 5-2-11

FOR THE EMPLOYER

EMPLOYER NAME: 3 Generations Enterprise, Inc.

ADDRESS: 21441 S. Hopers

CITY: Crete  STATE: IL  ZIP: 60417

PHONE: 708-360-0818

FAX: 708-360-1673

PRINT NAME: Michelle Nino

SIGNATURE: _Michelle Nino_

TITLE: Secretary

DATE: 5-1-11

43

Received

JUN 15 2011

Pension Fund Office



Three Generations Enterprise, Inc.
0101240L0

AREA CONSTRUCTION
AGREEMENT

between

CONTRACTORS ASSOCIATION
OF
WILL AND GRUNDY COUNTIES

and

GENERAL TEAMSTERS
LOCAL #179
Affiliated with the I.B. of T.

Effective June 1, 2010 through May 31, 2012